IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAURICE CARTEZ STOVALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CASE NO. 2:12cv-1035-WHA |
| | ) |
| LOUIS BOYD, Warden, et al., | )        (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #18), entered on February 2, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this habeas corpus petition under 28 U.S.C. § 2254 is DENIED.  This case is DISMISSED with prejudice.   Final Judgment will be entered accordingly.

DONE this 25th day of February, 2016.


/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE